DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SABANA RENTALS II LLC,**
Appellant,

v.

**PHH MORTGAGE CORP., JASON R. GAVILAN** a/k/a **JASON GAVILAN, UNKNOWN SPOUSE OF JASON R. GAVILAN** a/k/a **JASON GAVILAN** and **MIRABELLA PROPERTY OWNERS ASSOCIATION, INC,,**
Appellees.

No. 4D17-513

[March 22, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE14-017139 (11).

Erik D. Wesoloski of Wesoloski Carlson, P.A., Miami, for appellant.

Nicholas S. Agnello and Sara L. Solano of Burr & Forman LLP, Fort Lauderdale, for appellee PHH Mortgage Corporation.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***